# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

NADER ZEIDAN

CRIMINAL COMPLAINT

CASE NUMBER: 08CR 414

MAGISTRATE JUDGE ASHMAN

FILED
5-22-08
MAY 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I, Bryan Watson, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __May 6, 2008__ in __Cook__ County, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

by force and violence, and intimidation, take from the person and presence of bank employees at TCF Bank, 6410 W. 127th Street, Palos Heights, Illinois, approximately $175,000 in United States Currency belonging to and in the care, custody, control, management, and possession of TCF Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation,

in violation of Title __18__ United States Code, Sections __2113(a) and 2__.

I further state that I am a __Special Agent with the Federal Bureau of Investigation__ and that this complaint is based on the following facts:
Official Title

See attached affidavit.

Continued on the attached sheet and made a part hereof:  _X_ Yes      ___ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

May 22, 2008                                              at        Chicago, Illinois
Date                                                                   City and State

Martin C. Ashman, United States Magistrate Judge
Name & Title of Judicial Officer                                    Signature of Judicial Officer

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) SS | |
| COUNTY OF COOK | ) | |

I, Bryan K. Watson, being duly sworn depose and state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI), and have been so employed since 2004. My duties include the investigation of various violent crimes, to include bank robberies, in violation of Title 18, United States Code, Section 2113.

2. The information contained in this affidavit is based upon personal knowledge from my participation in this investigation, reports I have read related to this investigation, conversations I have had with others who have knowledge of the events and circumstances described herein, and interviews of bank employees and witnesses. The information below is provided for the limited purpose of establishing probable cause that, on or about May 6, 2008, NADER ZEIDAN by force, violence or intimidation, took from the person and presence of bank employees, approximately $170,000 in United States Currency belonging to and in the care, custody, control, management, and possession of the TCF Bank branch office located at 6410 West 127th Street, Palos Heights, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113 (a); and Title 18 United States Code, Section 2. This affidavit does not contain all the facts of which I am aware related to this investigation.

### Robbery of the TCF Bank, 6410 West 127th Street, Palos Heights

3. On May 6, 2008, the TCF Bank, a financial institution insured by the Federal Deposit Insurance Corporation, located at 6410 West 127th Street, Palos Heights, Illinois, was robbed by two armed men.

4. Following the robbery, FBI agents and the Palos Heights law enforcement officers interviewed three bank employees; Teller A, identified as NADER ZEIDAN,

Teller B, and a security guard who were all present during the TCF Bank robbery. These witnesses stated that, at approximately 6:30 p.m. on May 6, 2008, two adult males wearing masks and dark clothing (Robbers A and B) entered the bank. Robber A, later identified as Ahmad Ali Ahmad, as described below, carried a long gun, and Robber B carried a .38 caliber revolver. Robber B proceeded directly to the security guards station and forced the guard to lie on the ground. Robber A approached the teller counter, jumped over the counter, and ordered the tellers at gunpoint to take him into the bank's money vault. After the tellers led Robber A into the vault, Robber A handed ZEIDAN, a white plastic bag and ordered Teller B to place the money from the vault into the bag, while ZEIDAN held the bag. Teller B filled the bag with money from the vault. After the bag was full of money, Robber A took the bag from ZEIDAN which contained approximately $170,000 of United States Currency.

5. According to witnesses, Robber B then ordered the security guard at gunpoint into the vault area after which, Robbers A and B instructed the tellers and the security guard to count. The robbers then exited the bank.

6. FBI agents and Palos Heights law enforcement officers interviewed Witness A, who lives near the bank. Witness A stated, at approximately 6:30 p.m., Witness A observed a young white female, seated in the driver's seat of a red Volkswagen Jetta, which was parked adjacent to his residence on 126th Place near Ridgeland Ave. According to Witness A, the red Jetta was parked on the street between his house and the adjacent residence which leads from the TCF parking lot to 126th Place. Witness A thought this was very suspicious and thought the TCF Bank was possibly being robbed and the red Jetta may be involved.

7. Witness A went inside of his residence to record the license plate number to the Jetta. The Witness stated the license plate number was X516510. After recording the license plate number, Witness A went back outside and observed the Jetta speed away with the white female driving and what appeared to be a male in the front seat slouching.

### Identification of Driver, Viktorija Malukaite

8. A query of the State of Illinois Vehicle Registration revealed license plate number X516510 is registered to Viktorija Malukaite. Law enforcement officers located Malukaite and the Palos Heights Police Department took her into custody. After Malukaite was informed of her *Miranda* rights, Malukaite agreed to waive her rights and agreed to speak with law enforcement. Affiant was present during the interview. During the interview, Malukaite confessed to being involved in the robbery of the TCF bank at 6410 West 127th Street on May 6, 2008, and implicated two co-conspirators. Malukaite subsequently identified both by photograph and by name.

9. Malukaite stated on the day of the robbery, she drove her red Jetta Volkswagen to the area of the bank, and met Robber A and Robber B. She waited for Robber A and Robber B on 126th Place near Ridgeland Avenue. Moments after the robbery, Robber A and Robber B ran from the bank to the area between Witness A's residence and an adjacent residence before entering Malukaite's vehicle. Robber A carried a long gun, described by Malukaite as a replica shotgun, and Robber B carried a revolver handgun. Malukaite then drove Robber A and Robber B to a house she understood to be Robber A's residence. Once inside the residence, she and the robbers counted the proceeds from the robbery. Malukaite said she believed they counted closed to $200,000. Although Robber A and Robber B had previously agreed to pay Malukaite $10,000 for her participation in the robbery, they gave her $1,000 and stated that they would pay her the rest later. Recovered in Malukaite's vehicle, the red Jetta Volkswagen was $985.00 in U.S. Currency she said was part of the money Robber A and Robber B gave her form the TCF bank robbery proceeds.

10. Malukaite later led law enforcement to 8732 Tulley Avenue, Oak Lawn, Illinois, which she identified as the house where she and the robbers counted the bank robbery proceeds.

### Identification of Robber A, Ahmad Ali Ahmad

11. In addition to her previous identification of Robber B by photograph, Malukaite also positively identified a photograph of Robber A. The photograph was a State of Illinois Driver's License image of Ahmad ALI Ahmad.

12. Malukaite stated that following the bank robbery, she and Robber A and Robber B, entered Ahmad's residence at 8732 Tulley Avenue, Oak Lawn, Illinois, went to the basement area, and counted the money from the bank robbery. According to Malukaite, the three of them stacked the money in a closet and put the handgun under a mattress and left the replica shotgun next to a pile of clothes. Malukaite also stated Robber A and Robber B removed their clothes they wore during the bank robbery and placed them in the corner of the room. After counting the money, Malukaite, Ahmad, and Robber B, drove to a public area known as the "Pavilion" in Oak Lawn. On the way there, Malukaite called her boyfriend, Individual A, and told him about the robbery. Malukaite stated that Individual A, Ahmad, and Robber B, are good friends.

13. Individual A agreed to meet them at the "Pavilion." While at the "Pavilion", Malukaite, Ahmad, and Robber B, bragged about the robbery to Individual A, and numerous other friends who came to the "Pavilion". The group also spoke about the possibility of using the bank robbery proceeds to go on a vacation. Ahmad and Robber B then left the "Pavilion".

14. Malukaite then related that on May 7, 2008, prior to being arrested, she met Individual B, the brother of Ahmad, at a gas station. Malukaite asked if Individual B know of Ahmad's whereabouts. Individual B related to Malukaite, that Ahmad was preparing to drive to Miami.

15. According to Malukaite, she telephonically contacted Ahmad at number 773/853-4141, and he told her to come to Miami to meet with him and other friends. Ahmad told Malukaite to bring nothing because he was going to take care of everything.

Ahmad told Malukaite that he would be driving to Miami but that she should just fly. Malukaite then arranged for air travel to Miami for herself and Individual A.

16. Malukaite and Individual A were scheduled to depart for Miami on May 8, 2008. Malukaite provided the FBI agents with their flight itinerary. FBI agents located Individuals A, C, and D, at the O'Hare Airport, who Malukaite identified as being present at the "Pavilion" on May 06, 2008.

17. On May 8, 2008, at 4:33 p.m. while surveilling the residence at 8732 Tulley Avenue, Oak Lawn, Illinois, FBI agents observed a green Mercedes, Illinois license plate X420590, depart with one adult female and one adolescent female inside. An Illinois database query revealed that this vehicle is registered to an individual named Ali S. Ahmad.

### Search of 8732 Tulley Avenue, Oaklawn

18. On May 08, 2008, a federal search warrant was issued by U.S. Magistrate Judge Nan Nolan, in this District, for the premises located at 8732 Tulley Avenue, Oaklawn, Illinois. On same date, at approximately 8:45 p.m., the search warrant was executed.

19. Agents recovered approximately $15,000 in United States currency in various concealed locations throughout the house to include the basement, and a bedroom located on the first floor of the residence. Some of the currency was wrapped in money straps dated May 06, 2008. The money straps were inscribed with initials which appeared to be handwritten. FBI agents confirmed with employees from the TCF Bank that the money straps were the type of straps used at the TCF Bank, 6410 West 127th Street, Palos Heights, Illinois. FBI agents also confirmed with TCF Bank employees that the initials were written by the TCF bank personnel at that bank. Additionally, FBI agents recovered

five rounds of .38 caliber ammunition under a mattress in the basement, which appeared to be ammunition consistent with the weapon carried by Robber B.

20. Agents interviewed the father of Ahmad, who resides at 8732 Tulley Avenue. Ahmad's father stated that his son resides at this residence. Ahmad sleeps in the basement area of the home. Ahmad's father further stated that his family including Ahmad, recently moved to 8732 Tulley Avenue from 9100 Parkside Avenue in Oaklawn.

21. On May 9, 2008, FBI Miami and the Miami Beach Police Department law enforcement officers confirmed that on May 8, 2008, the Royal Palm Hotel in Miami Beach rented two rooms to a guest by the name Ahmad Ali Ahmad, who gave an address of 9100 Parkside Avenue, Oak Lawn, Illinois. 9100 Parkside Avenue is the address listed on Ahmad's State of Illinois Driver's license, and the signature on the hotel's register appears to match the signature on his driver's license. The rooms were paid for in cash in the amount of $4,000.

22. On May 14, 2008, a criminal complaint was filed in this district charging Ahmad ALI Ahmad with violation of Title 18, 2113(a) and 2, bank robbery of the TCF Bank, 6410 West 127th Street, Palos Heights, Illinois, on May 6, 2008. On same date, the Honorable Martin C. Ashman, United States Magistrate Judge, issued an arrest warrant for Ahmad.

### Involvement of NADER ZEIDAN

23. On May 20, 2008, during a proffer session at the Office of the United States Attorney, Malukaite stated, in part, that NADER ZEIDAN was involved in the planning and execution of the robbery of the TCF Bank on May 6, 2008. Malukaite related that Ahmad and ZEIDAN know each other and that ZEIDAN was an employee at the TCF Bank, 6410 West 127th Street, Palos Heights, Illinois, and was working at that bank on May 6, 2008, the night the bank was robbed by Ahmad and Robber B. Malukaite was shown a photograph of ZEIDAN taken from an image retrieval of the State of Illinois

Driver's license. Malukaite identified ZEIDAN as the person she knew and signed and dated the photograph acknowledging the fact.

25. Malukaite recounted that on May 5, 2008, she was present when Ahmad, and ZEIDAN, met together at ZEIDAN's residence and planned the bank robbery. ZEIDAN described the bank's building layout and gave specific instructions to Ahmad of how to carry out the robbery. During this conversation, Robber B entered the apartment. ZEIDAN gave Ahmad additional detailed information to include locations of the bank employees, the location of the unarmed security guard, which where further clarified on a sketch created by ZEIDAN and Robber B based upon the information ZEIDAN provided. Malukaite further stated that Ahmad, Robber B, and ZEIDAN agreed that at the agreed time, ZEIDAN was to send a text message to Ahmad and Robber B indicating that it was safe for them to execute the robbery. They further agreed that upon entering the bank, Ahmad would control the tellers and go directly to the money vault, while Robber B would subdue the security guard.

26. Malukaite further related that, after she had driven Ahmad and Robber B away from the scene of the robbery, she observed Ahmad and Robber B count the money and split the money in to three equal amounts. Ahmad and Robber B told Malukaite the money was to be split evenly amongst Ahmad, ZEIDAN, and Robber B.

27. Malukaite also stated that after the bank robbery, she, Ahmad, Robber B, and other individuals met in a room at the Hilton Hotel in Oak Lawn, Illinois, where Ahmad paid for a room. The room number was 507. While in room 507, numerous individuals came to the room. Malukaite said that while they were in the room, one member of the group received a text message from ZEIDAN. According to Malukaite, the message stated the police had discovered Malukaite's license plate number.

28. Malukaite relayed that ZEIDAN then came to the hotel room and met Malukaite, Ahmad, Robber B, and other individuals in the room. ZEIDAN told

Malukaite again that the police had her license plate number and that they had sent an undercover officer to Malukaite's house in Vernon Hills, Illinois.

29.   On May 21, 2008, Affiant confirmed that on May 6, 2008, at approximately 8:48 pm, Ahmad checked into the Hilton hotel. Ahmad presented his State of Illinois Driver's License as identification and paid $159.00 in cash for the room. Also, affiant reviewed Hilton's surveillance footage which captured a male who appeared to be Ahmad entering the hotel and checking in.

30.   Malukaite further stated that a couple of days after the bank robbery, she met ZEIDAN at an establishment named the Blue Marlin near 91st and Harlem Avenues in Oak Lawn. There, ZEIDAN told Malukaite that he only received $18,000 from the bank robbery. Malukaite stated NADER was very upset because of the low pay-off.

31.   As part of the investigation, records were obtained from Sprint for telephone number 773/853-4141, the number Malukaite called to contact Ahmad. The toll records revealed on the day of the robbery, May 6, 2008, at 6:32 p.m., that number received a text message from telephone number 708/668-8278. This is the telephone number provided to Affiant by ZEIDAN as his cellular telephone number during Affiant's interview of ZEIDAN when he was considered to be a victim/witness. A second text message was sent again from 708/668-8278, to telephone number 773/853-4141 at 6:36 p.m. Affiant has reviewed the TCF Bank video surveillance footage from the date of the robbery. It captures ZEIDAN, who was working as a teller, remove his cellular telephone from his pocket and press keys on the keypad as though sending a text message both immediately before and immediately after the robbery.

32.   Based on the above information, I believe there is probable cause to believe that NADER ZEIDAN did, by force, violence or intimidation, take from the person and presence of bank employees, approximately $170,000 in United States Currency belonging to and in the care, custody, control, management, and possession of the TCF Bank branch office located at 6410 West 127th Street, Palos Heights, Illinois, the

deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113 (a) and (2).

FURTHER AFFIANT SAYETH NOT.

Bryan K. Watson
Special Agent,
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME
This 22nd day of May 2008

United States Magistrate Judge