UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
5-22-08
MAY 22 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 08CR 414 |
| ) | No. 08 CR 414 |
| v. ) | |
| ) | Hon. Martin C. Ashman |
| NADER ZEIDAN ) | United States Magistrate Judge |
| ) | |
| ) | |

## GOVERNMENT'S MOTION TO SEAL
## COMPLAINT, AFFIDAVIT, AND ARREST WARRANT

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that this Court seal the Criminal Complaint, Affidavit, and Arrest Warrant in this matter. The government requests, however, that law enforcement officials be able to enter the arrest warrant into appropriate law enforcement data bases in order to assist in the arrest of the defendants. The public filing of the Criminal Complaint, Affidavit, and Arrest Warrant in this matter before the warrant can be executed may alert the defendant and result in his flight. For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrant, as well as this Motion to Seal, be sealed until July 22, 2008, or until the execution of the Arrest Warrant, whichever comes first.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
ERIK A. HOGSTROM
Assistant U.S. Attorney
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 353-5300