UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08 CR 414-1 |
| ) | |
| v. ) | Hon. Martin C. Ashman |
| ) | United States Magistrate Judge |
| NADER Zeidan ) | |
| ) | |

ORDER

It is hereby ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrant, all dated May 22, 2008, are SEALED until July 22, 2008, or until the execution of the Arrest Warrant, whichever comes first. Nothing in this Order shall, however, restrain law enforcement officials in their ability to enter the arrest warrant into appropriate law enforcement data bases in order to assist in the arrest of the defendant.

ENTER:

_____
MARTIN C. ASHMAN
United States Magistrate Judge

Dated: May 22, 2008