## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 414 - 1 | **DATE** | 5/23/2008 |
| **CASE TITLE** | USA vs. Nader Zeidan | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 5/23/2008. Defendant appears in response to arrest on 5/23/2008. Defendant informed of his rights. Robert G. Clarke is appointed as counsel for defendant. Defendant waives his right to preliminary examination. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings. It is hereby ordered that this case is unsealed.

Docketing to mail notices.

00:16

| | Courtroom Deputy Initials: | IS |
|---|---|---|