# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 414 | **DATE** | 5/28/2008 |
| **CASE TITLE** | USA vs. Nader Zeidan | | |

**DOCKET ENTRY TEXT**

The Government's unopposed motion for extension of time to return indictment or to file an information is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|