## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | James F. Holderman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 414 | **DATE** | 7/1/2008 |
| **CASE TITLE** | USA vs. Nader Zeidan | | |

**DOCKET ENTRY TEXT**

Government's second unopposed motion for an extension of time to return indictment or to file an information [15] is granted. ENTER ORDER: It is hereby ordered that the time within which to file an indictment against the defendant be extended to and including July 12, 2008.
X-T

■ [ For further detail see separate order(s).]  Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|